UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61256-CIV-CANNON

**MONARCH AIR GROUP, LLC**,

    Plaintiff,

v.

**JOURNALISM DEVELOPMENT
NETWORK, INC.** and
**LILY DOBROVOLSKAYA**,

    Defendants.

_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court upon a sua sponte review of the record.  To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served.  After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.  **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of July 2023.

                                                                AILEEN M. CANNON
                                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record