**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 23-61256-CIV-JB**

MONARCH AIR GROUP, LLC,
a Florida Limited Liability Company,

    Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK, INC., A Maryland Corporation,
and LILY DOBROVOLSKAYA,

    Defendants.
_____/

**DEFENDANT JOURNALISM DEVELOPMENT NETWORK, INC.'S**
**NOTICE OF PENDING MOTION TO DISMISS**

Defendant Journalism Development Network, Inc. ("JDN") hereby respectfully notifies this Court that a dispositive motion to dismiss remains pending. Specifically, co-defendant Lily Dobrovolskaya ("Dobrovolskaya") filed a Motion to Dismiss for Insufficient Service of Process, Lack of Jurisdiction, and Failure to State a Claim ["Motion to Dismiss"; ECF No. 45] on January 10, 2024. Plaintiff Monarch Air Group, LLC filed a response in opposition on February 14, 2024 [ECF No. 49], and Dobrovolskaya filed a reply on February 28, 2024 [ECF No. 53].

On March 7, 2024, this case was reassigned from Judge Cannon to this Court [Order of Reassignment; ECF No. 54]. The Order of Reassignment contained an oversight, however, because it indicated that "all pending ripe motions" (other than those referred to the Magistrate Judge) had been ruled upon. *Id.* at 2. As noted above, Dobrovolskaya's Motion to Dismiss is fully briefed but has not been ruled upon. To avoid any confusion, and in abundance of caution, JDN hereby respectfully notifies the Court that the Motion to Dismiss has not been ruled upon.

Further, on March 25, 2024, this Court entered an order requiring the parties to file a Certificate of Interested Parties within fifteen days from the date the last defendant enters an appearance. Because Dobrovolskaya (the last defendant in this case) has not yet entered an appearance (and would do so only if her Motion to Dismiss is denied), JDN has not yet filed the required Certificate of Interested Persons. JDN did, however, file a corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 on July 7, 2023 [ECF No. 5] and will file the Certificate of Interested Parties upon this Court's ruling on Dobrovolskaya's Motion to Dismiss.

Respectfully submitted,

THOMAS & LOCICERO PL

By: */s/ Dana J. McElroy*
Dana J. McElroy
Florida Bar No. 845906
dmcelroy@tlolawfirm.com
Daniela Abratt-Cohen
Florida Bar No. 118053
dacohen@tlolawfirm.com
915 Middle River Drive
Suite 309
Fort Lauderdale, FL 33304
Phone: (954)703-3417

-and-

James J. McGuire
Florida Bar No. 187798
jmcguire@tlolawfirm.com
601 South Boulevard
Tampa, FL 33606
Phone: (813) 984-3060

*Attorneys for Defendant JDN*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **8th** day of **April, 2024**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *Dana J. McElroy*
Attorney