IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 23-CV-61256-BECERRA/STRAUSS

MONARCH AIR GROUP, LLC,
a Florida Limited Liability Company,

   Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK, INC., A Maryland Corporation,
and LILY DOBROVOLSKAYA,

   Defendants.
_____/

## NOTICE OF NINETY DAYS EXPIRING

Pursuant to Local Rule 7.1(b)(4)(B), Defendant Journalism Development Network, Inc. ("JDN") hereby respectfully notifies this Court that a dispositive motion to dismiss is pending, was fully briefed more than 90 days ago, and has not been set for hearing.

### Case Overview

The Complaint in this matter asserts three claims by Plaintiff Monarch Air Group, LLC: a claim for defamation per se against JDN and co-Defendant Lily Dobrovolskaya ("Dobrovolskaya") in Count I; a claim for defamation by implication against JDN and Dobrovolskaya in Count II; and a claim for defamation per se solely against Dobrovolskaya in Count III. [ECF No. 1-2 at pp. 7-82] On March 7, 2024, this case was reassigned from Judge Cannon to this Court. [ECF No. 54]

### Pending Motion

As required by Local Rule 7.1(b)(4)(B)(i)-(iv), JDN provides notice of the following docket entries and dates:

| Name of Motion | Docket Entry | Filing/Service Date |
|---|---|---|
| Lily Dobrovolskaya's Motion to Dismiss for Insufficient Service of Process, Lack of Jurisdiction, and Failure to State a Claim | ECF No. 45 | Jan. 10, 2024 |
| Response to Lily Dobrovolskaya's Motion to Dismiss | ECF No. 49 | Feb. 14, 2024 |
| Lily Dobrovolskaya's Reply in Support of Her Motion to Dismiss for Insufficient Service of Process, Lack of Jurisdiction, and Failure to State a Claim | ECF No. 53 | Feb. 28, 2024 |
| No Hearing Has Been Scheduled | N/A | N/A |

Respectfully submitted,

THOMAS & LOCICERO PL

By: */s/ Dana J. McElroy*
Dana J. McElroy
 Florida Bar No. 845906
dmcelroy@tlolawfirm.com
Daniela Abratt-Cohen
 Florida Bar No. 118053
dacohen@tlolawfirm.com
915 Middle River Drive
Suite 309
Fort Lauderdale, FL 33304
Phone:  (954)703-3417

-and-

James J. McGuire
 Florida Bar No. 187798
jmcguire@tlolawfirm.com
601 South Boulevard
Tampa, FL 33606
Phone:  (813) 984-3060

*Attorneys for Defendant JDN*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **25th** day of **June, 2024**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ *Dana J. McElroy*
Attorney