UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61256-BECERRA/STRAUSS

**MONARCH AIR GROUP, LLC,**

    Plaintiff,

v.

**JOURNALISM DEVELOPMENT NETWORK, INC.,**

    Defendant.
_____/

## ORDER

On February 18, 2025, the Court entered a Paperless Order to Show Cause [DE 156], stating as follows:

> Based on the Court's review of the sealed filings in this case (DE 126, 131, 132, 138, and the attachments to those docket entries), the Court fails to see why it is appropriate for the sealed filings to remain sealed. Therefore, to the extent the parties maintain that any of the sealed filings shall remain sealed, they shall file written memoranda of law, by **2/21/2025,** to show cause why such filings should not be unsealed.

Defendant filed a response [DE 160] indicating it does not maintain that the aforementioned sealed filings shall remain sealed. Plaintiff did not file a response. Accordingly, with the Court being otherwise fully advised in the premises, it is **ORDERED and ADJUDGED** that the Clerk of Court is directed to unseal DE 126, 131, 132, 138, and the attachments to those docket entries.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of February 2025.

*Jared Strauss*
Jared M. Strauss
United States Magistrate Judge