IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-cv-61256-JB

MONARCH AIR GROUP, LLC,

Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK, INC.,
Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO CONVENTIONALLY FILE AUDIO EXCERPT

**THIS CAUSE** came before the Court upon the Defendant Journalism Development Network, Inc.'s Unopposed Motion for Leave to Conventionally File Audio Excerpt ("Motion"), filed on June 6, 2025, ECF No. [174]. Upon due consideration of the Motion, the pertinent portions of the record, and all the relevant authorities, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion is **GRANTED**;

2. Defendant may conventionally file a USB thumb drive containing the audio excerpt referenced in the Motion with the Clerk of Court; and

3. Defendant shall provide a courtesy copy of the Audio to the undersigned's chambers.

**DONE** and **ORDERED** in Miami, Florida, this 11th day of June, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**