## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No.: 23-cv-61256-JB

MONARCH AIR GROUP, LLC,
a Florida limited liability company,

      Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK INC.

      Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT DOCUMENTS UNDER SEAL

**THIS CAUSE** came before the Court upon Plaintiff's unopposed motion to file unredacted versions of its Motion for Summary Judgment, Statement of Material Facts, and certain supporting evidence under seal, filed June 10, 2025, (the "Motion"), ECF No. [176]. Upon due consideration of the Motion, the pertinent portions of the record and all relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff may file unredacted versions of its Motion for Summary Judgment, Statement of Material Facts and supporting evidence or exhibits under seal.

  **DONE AND ORDERED** in Miami, FL on this 10th day of June, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**