# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 23-cv-61256-JB

MONARCH AIR GROUP, LLC,

   Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK, INC.,

   Defendant.
_____/

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant Journalism Development Network, Inc.'s Motion for Leave to File Reply In Support of Its Objections to Magistrate's Report and Recommendation (the "Motion"), ECF No. [181]. Upon due consideration of the Motion, the pertinent portions of the record and all relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant may file a reply brief of no more than five pages in support of its Objections to the Magistrate's Report and Recommendation on or before June 30, 2025.

**DONE** and **ORDERED** in Miami, Florida, this ____ day of June, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**