IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-61256-JB

MONARCH AIR GROUP, LLC,

    Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK, INC.,

    Defendant.
_____/



## DEFENDANT'S NOTICE OF CONVENTIONAL FILING

Pursuant to this Court's Order Granting Defendant's Unopposed Motion for Leave to Conventionally File Audio Excerpt, ECF No. [177], dated June 11, 2025, Defendant Journalism Development Network, Inc., by and through undersigned counsel, hereby gives notice of conventionally filing with the Clerk of Court a USB thumb drive containing the referenced excerpt of the audio recording. This recording is referenced as Exhibit A within the Notice of Filing Declaration of Andrew Sullivan.

A courtesy copy of the USB thumb drive has also been sent to Chambers in accordance with the Court's Order, with a copy served on opposing counsel.

THOMAS & LOCICERO PL

By: /s/ Dana J. McElroy
    Dana J. McElroy
    Florida Bar No. 845906
    dmcelroy@tlolawfirm.com
    Daniela Abratt-Cohen
    Florida Bar No. 118053
    dacohen@tlolawfirm.com
    915 Middle River Drive
    Suite 309

Fort Lauderdale, FL 33304
Phone: (954)703-3416

James J. McGuire
Florida Bar No. 187798
jmcguire@tlolawfirm.com
601 South Boulevard
Tampa, FL 33606
Phone: (813) 984-3060

*Attorneys for Defendant*
*Journalism Development Network, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **23rd** day of **June, 2025**, I conventionally filed the foregoing notice and USB thumb drive with the Clerk of Court. I also certify that the foregoing notice and copy of the USB thumb drive is being provided to Chambers and is being served upon all counsel of record by hand-delivery and email.

/s/ *Dana J. McElroy*
Attorney

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-cv-61256-JB

MONARCH AIR GROUP, LLC,

Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK, INC.,
Defendant.

_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO CONVENTIONALLY FILE AUDIO EXCERPT

**THIS CAUSE** came before the Court upon the Defendant Journalism Development Network, Inc.'s Unopposed Motion for Leave to Conventionally File Audio Excerpt ("Motion"), filed on June 6, 2025, ECF No. [174]. Upon due consideration of the Motion, the pertinent portions of the record, and all the relevant authorities, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion is **GRANTED**;
2. Defendant may conventionally file a USB thumb drive containing the audio excerpt referenced in the Motion with the Clerk of Court; and
3. Defendant shall provide a courtesy copy of the Audio to the undersigned's chambers.

**DONE** and **ORDERED** in Miami, Florida, this 11th day of June, 2025.

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

**United States District Court**
**Southern District of Florida**

Case Number: 23-cv-61256-JB

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: Ft. Lauderdale Clerk's office

These Documents/Exhibits must **not** be placed in the "temp chron file". *Permanent Chron Files*

Documents/Exhibits Retained in Supplemental Files **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

Documents/Exhibits Retained in Supplemental Files **(Not Scanned)**

√ • CD, DVD, USB drive. (i.e. Audio/Visual)

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 6/23/2025

Revised: 2/20/2019

[Photograph of a USB flash drive labeled "23-cv-61256-JB / Ron Russell / Excerpt of / Interview Audio"]

