UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-61256-JB

MONARCH AIR GROUP, LLC,

    Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK, INC.,

    Defendant.

                             /

## ORDER GRANTING NON-PARTY JPMORGAN CHASE BANK, N.A.'S MOTION TO SEAL PAGES 13-20 OF EXHIBIT 4 TO DEFENDANT JOURNALISM DEVELOPMENT NETWORK'S NOTICE OF FILING AND REQUEST TO TAKE JUDICIAL NOTICE OF RELATED CASE FILINGS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** comes before the Court on Non-Party JPMorgan Chase Bank, N.A.'s ("Chase") Motion To Seal Pages 13-20 of Exhibit 4 To Defendant Journalism Development Network's Notice Of Filing And Request To Take Judicial Notice Of Related Case Filings In Support Of Its Motion For Summary Judgment, ECF No. [213], (the "Motion"), filed on July 14, 2025. Upon due consideration of the Motion, the pertinent portions of the record, and all of the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion, ECF No. [213], is **GRANTED**. The Court will seal pages 13-20 of Exhibit 4 to Defendant Journalism Development Network's Notice Of Filing And Request To Take Judicial Notice Of Related Case Filings In Support Of Its Motion For Summary Judgment, ECF No. [193].

**DONE AND ORDERED** in Chambers on this 14th day of July 2025.

                                          JACQUELINE BECERRA
                                          UNITED STATES DISTRICT JUDGE