UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-61256-JB

MONARCH AIR GROUP, LLC,
a Florida limited liability company,

    Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK INC.

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S SUMMARY JUDGMENT DOCUMENTS UNDER SEAL

**THIS CAUSE** came before the Court upon Plaintiff's unopposed Motion for Leave to File Response to Defendant's Summary Judgment Documents Under Seal, (the "Motion"), ECF No. [217]. Upon due consideration of the Motion, the pertinent portions of the record and all relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant may file unredacted versions of its forthcoming response to Defendant Journalism Development Network Inc.'s ("JDN") Motion for Summary Judgment, Statement of Material Facts, and supporting exhibits, under seal.

**DONE AND ORDERED** in Miami, FL on this 21st day of July, 2025.

                                                              _____
                                                              JACQUELINE BECERRA
                                                              UNITED STATES DISTRICT JUDGE