IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-61256-JB

MONARCH AIR GROUP, LLC,

   Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK, INC.,

   Defendant.
_____/

**DEFENDANT JOURNALISM DEVELOPMENT NETWORK, INC.'S NOTICE OF FILING EXCERPTS OF DAVID COWHEARD'S DEPOSITION AND <u>RELATED EXHIBITS</u>**

Defendant, Journalism Development Network, Inc., hereby gives notice of filing the following transcript excerpts of the deposition of David Cowheard, taken on April 23, 2025, and related exhibits in support of its Opposition to Plaintiff's Motion for Summary Judgment on Count I of the Complaint and Defendant's Affirmative Defenses Nos. 1-3, 5, 6-7, & 9-15:

1. Excerpts of the Deposition Transcript of David Cowheard;

2. Preliminary Expert Report of David H. Cowheard, CPA, Sept. 23, 2024;

3. Exhibit 2 to the Deposition of David Cowheard (Supplemental Expert Report, dated April 11, 2025);

4. Google Ad Campaign document produced by Monarch Air Group, Bates No. 00000008.

THOMAS & LoCICERO PL

By: */s/ Dana J. McElroy*
Dana J. McElroy
Florida Bar No. 845906
dmcelroy@tlolawfirm.com
Daniela Abratt-Cohen

        Florida Bar No. 118053
        dacohen@tlolawfirm.com
        915 Middle River Drive
        Suite 309
        Fort Lauderdale, FL 33304
        Phone:  (954) 703-3416

        James J. McGuire
        Florida Bar No. 187798
        jmcguire@tlolawfirm.com
        601South Boulevard
        Tampa, FL 33606
        Phone: (813)-984-3060

        *Attorneys for Defendant*
        *Journalism Development Network, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **21st** day of **July**, **2025**, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties and counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

        /s/ *Dana J. McElroy*
        Attorney