UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 23-cv-61256-JB

MONARCH AIR GROUP, LLC,
a Florida limited liability company,

    Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK INC.

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION AND RELATED DOCUMENTS UNDER SEAL

**THIS CAUSE** came before the Court upon Defendant's unopposed Motion for Leave to File Reply in Support of Summary Judgment Motion and Related Documents Under Seal, (the "Motion"), ECF No. [237]. Upon due consideration of the Motion, the pertinent portions of the record and all relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant may file unredacted versions of its Reply in Support of its Motion for Summary Judgment, Reply Statement of Material Facts, and any supporting exhibits, under seal.

**DONE AND ORDERED** in Miami, FL on this 4th day of August, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE