# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 23-cv-61256-JB/Strauss

MONARCH AIR GROUP, LLC,

       Plaintiff,

v.

JOURNALISM DEVELOPMENT NETWORK,

       Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** was referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation on Defendant's Motion for Judgment on the Pleadings, (the "Motion") ECF No. [95].  *See* ECF No. [171]. Magistrate Judge Strauss filed a Report and Recommendation ("R&R"), recommending that the Motion for Motion be denied.  ECF No. [172].  Defendant filed objections to the R&R (the "Objections"), ECF No. [173], to which Plaintiff responded, ECF No. [180]. The Court held a hearing on the Objections on August 8, 2025 (the "Hearing"). ECF No. [236].

This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).  It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  *Id.*  The Court, having conducted a *de novo* review of the record and the issues presented in

Defendant's Objections, and having had the benefit of oral argument at the Hearing, agrees with Magistrate Judge Strauss that the Motion should be denied.

Accordingly, after careful consideration, and for the reasons stated on the record at the Hearing, it is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Objections, ECF No. [173], are **OVERRULED**.

2. United States Magistrate Judge Strauss' Report and Recommendation, ECF No. [172], is **AFFIRMED AND ADOPTED**.

3. Plaintiff's Motion for Judgment on the Pleadings, ECF No. [95], is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 20th day of August, 2025.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**