# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.: 23-cv-61256-JB**

MONARCH AIR GROUP, LLC,

    Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK, INC.,

    Defendant.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR STAY OR ALTERNATIVELY EXTENSION OF PRE-TRIAL DEADLINES

THIS CAUSE came before the Court upon Defendant Journalism Development Network, Inc.'s Unopposed Motion for Stay or Alternatively Extension of Pre-Trial Deadlines. Upon due consideration of the Motion, the pertinent portions of the record, and for good cause shown, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. All pending pre-trial deadlines are stayed until the Court issues orders on the parties' respective motions for summary judgment.

**DONE** and **ORDERED** in Miami, Florida, this ___ day of October, 2025.

                                                          _____

                                                          JACQUELINE BECERRA
                                                          United States District Judge

Copies furnished to:
All counsel of record