UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 23-cv-61256-JB

MONARCH AIR GROUP, LLC,
a Florida limited liability company,

    Plaintiff,

v.

JOURNALISM DEVELOPMENT
NETWORK INC.

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE EXHIBIT IN SUPPORT OF OPPOSITION TO JDN'S
MOTION TO CONFIRM SUBJECTMATTER JURISDICTION UNDER SEAL**

**THIS CAUSE** came before the Court upon Plaintiff's unopposed Motion for Leave to File Exhibit in Support of Opposition of Journalism Development Network, Inc.'s ("JDN") Motion to Confirm Subject Matter Jurisdiction Under Seal, (the "Motion"), ECF No. [263].

Upon due consideration of the Motion, the pertinent portions of the record and all relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Plaintiff may file unredacted versions of its Response in Opposition to JDN's Motion to Confirm Subject Matter Jurisdiction on the public docket, while filing under seal Exhibit 1 to that Response, the Spindler Report, which has been designated as confidential pursuant to the Court's Confidentiality Order, under seal.

**DONE AND ORDERED** in Miami, FL on this 30th day of October, 2025.

                                          _____
                                          **JACQUELINE BECERRA**
                                          **UNITED STATES DISTRICT JUDGE**